NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Laboni Hoq, Hoq Law APC, PO Box 753, South Pasadena, CA 91030, Tel. 213-973-9004

Stacy Tolchin, Law Offices of Stacy Tolchin, 776 E. Green St. Suite 210, Pasaedna, CA 91101, Tel. 213-622-7450

ATTORNEY(S) FOR: National Day Laborer Organizing Network

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Day Laborer Organizing Network<br>Plaintiff(s),<br>v.<br>Executive Office of Immigration Review, U.S. Department of Justice<br>Defendant(s) | CASE NUMBER:<br>8:26-cv-100<br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for National Day Laborer Organizing Network or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None | |

January 13, 2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Laboni Hoq